**Exhibit A**

Table of Last-Observed Infringements by Defendants of Digital Sin Inc's Copyright in the Motion Picture "My Little Panties 2 ," Copyright Reg. No. PA0001733587

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.33.21.108 | 2011-10-14 13:18:00 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 2 | 108.33.82.141 | 2011-10-21 23:58:38 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 3 | 108.9.236.210 | 2011-10-09 14:08:31 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 4 | 108.9.34.65 | 2011-10-27 01:15:44 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 5 | 173.168.14.251 | 2011-10-20 15:40:26 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 6 | 173.168.178.30 | 2011-10-15 08:37:45 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 7 | 173.171.161.51 | 2011-10-10 22:34:54 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 8 | 173.171.172.14 | 2011-10-26 09:21:31 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 9 | 173.65.15.245 | 2011-10-19 08:58:18 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 10 | 173.65.163.154 | 2011-11-01 18:13:51 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 11 | 173.65.244.203 | 2011-10-01 22:30:36 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 12 | 173.78.204.175 | 2011-11-01 15:05:39 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 13 | 173.78.208.253 | 2011-10-22 03:07:08 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 14 | 173.78.237.237 | 2011-10-07 01:49:20 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 15 | 173.78.239.119 | 2011-10-09 23:14:00 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 16 | 173.78.24.49 | 2011-10-04 02:15:04 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 17 | 174.48.223.100 | 2011-10-20 16:34:42 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 18 | 174.48.248.18 | 2011-10-23 03:06:56 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 19 | 174.58.192.91 | 2011-10-20 10:01:37 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 20 | 174.63.133.185 | 2011-10-01 14:43:07 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 21 | 184.88.2.234 | 2011-10-01 05:40:54 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 22 | 184.88.240.180 | 2011-10-08 04:46:05 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 23 | 184.91.219.81 | 2011-10-30 07:10:57 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 24 | 184.91.250.105 | 2011-10-31 20:04:21 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 25 | 184.91.4.192 | 2011-10-02 00:35:07 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 26 | 184.91.47.92 | 2011-10-23 20:41:13 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 27 | 208.8.122.253 | 2011-10-11 23:59:40 -0400 | Sprint | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 28 | 216.186.196.18 | 2011-10-19 02:44:48 -0400 | Knology | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 29 | 24.110.70.22 | 2011-10-29 19:33:15 -0400 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 30 | 24.110.72.172 | 2011-10-06 21:09:03 -0400 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 31 | 24.110.72.238 | 2011-10-31 00:48:23 -0400 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 32 | 24.129.54.192 | 2011-10-06 22:50:06 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 33 | 24.129.68.184 | 2011-10-20 21:06:35 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 34 | 24.129.79.16 | 2011-10-25 09:39:25 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 35 | 24.164.40.33 | 2011-11-01 23:07:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 36 | 24.250.165.29 | 2011-10-18 08:06:06 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 37 | 24.250.255.212 | 2011-10-25 03:07:13 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 38 | 24.26.126.88 | 2011-10-25 03:11:25 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 39 | 24.26.25.177 | 2011-11-01 01:12:24 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 40 | 50.128.150.76 | 2011-10-19 21:43:12 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 41 | 65.32.105.29 | 2011-10-06 03:09:21 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 42 | 65.33.101.105 | 2011-10-13 04:33:34 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 43 | 65.34.181.188 | 2011-10-17 23:59:50 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 44 | 65.35.58.45 | 2011-10-20 21:21:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 45 | 66.176.250.88 | 2011-10-17 03:01:55 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 46 | 66.176.44.221 | 2011-10-14 08:18:55 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 47 | 66.177.110.56 | 2011-10-15 04:49:06 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 48 | 66.177.151.59 | 2011-10-07 20:49:52 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 49 | 66.177.170.234 | 2011-10-05 17:32:00 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 50 | 66.177.79.9 | 2011-10-13 03:10:20 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 51 | 66.177.85.40 | 2011-10-08 23:59:15 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 52 | 66.177.97.175 | 2011-10-17 13:30:08 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 53 | 66.229.153.136 | 2011-10-02 20:15:33 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 54 | 66.229.179.177 | 2011-10-02 18:27:31 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 55 | 67.190.197.59 | 2011-10-05 16:43:41 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 56 | 67.190.222.54 | 2011-10-03 14:35:08 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 57 | 67.190.242.204 | 2011-10-08 02:24:36 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 58 | 67.191.106.156 | 2011-10-20 20:52:25 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 59 | 67.191.80.30 | 2011-10-18 23:05:30 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 60 | 67.8.76.220 | 2011-10-03 22:26:50 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 61 | 68.1.107.250 | 2011-10-17 01:06:40 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 62 | 68.1.65.58 | 2011-10-27 03:07:47 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 63 | 68.200.231.0 | 2011-10-26 21:40:53 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 64 | 68.200.97.186 | 2011-10-30 23:59:55 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 65 | 68.202.103.126 | 2011-10-18 17:04:30 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 66 | 68.202.31.84 | 2011-10-07 13:05:24 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 67 | 68.202.36.244 | 2011-10-31 22:31:49 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 68 | 68.204.4.3 | 2011-10-09 14:36:35 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 69 | 68.204.4.75 | 2011-10-26 01:08:59 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 70 | 68.205.137.2 | 2011-10-06 19:13:37 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 71 | 68.205.27.162 | 2011-10-20 07:12:56 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 72 | 68.238.171.216 | 2011-11-01 07:40:58 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 73 | 68.42.57.248 | 2011-10-28 02:29:56 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 74 | 68.42.59.167 | 2011-10-28 23:59:44 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 75 | 68.54.48.190 | 2011-10-27 14:33:01 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 76 | 68.56.204.48 | 2011-10-04 08:47:51 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 77 | 68.59.155.127 | 2011-10-17 09:06:11 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 78 | 68.63.46.88 | 2011-10-24 20:36:00 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 79 | 69.180.115.114 | 2011-10-12 03:09:18 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 80 | 69.180.118.143 | 2011-10-25 15:36:24 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 81 | 70.119.225.10 | 2011-10-17 00:43:38 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 82 | 70.119.232.60 | 2011-11-01 22:25:52 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 83 | 70.119.27.73 | 2011-10-07 18:01:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 84 | 70.119.99.26 | 2011-10-22 00:29:29 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 85 | 70.125.23.44 | 2011-10-02 08:57:28 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 86 | 70.125.37.172 | 2011-10-18 23:21:45 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 87 | 70.126.102.79 | 2011-10-20 09:06:21 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 88 | 70.126.173.142 | 2011-10-28 11:02:36 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 89 | 70.126.185.27 | 2011-10-08 23:59:44 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 90 | 70.126.57.87 | 2011-10-02 20:47:16 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 91 | 70.127.228.16 | 2011-10-16 10:59:50 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 92 | 70.183.239.240 | 2011-10-31 16:18:39 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 93 | 70.187.89.190 | 2011-10-08 16:11:54 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 94 | 70.191.171.195 | 2011-10-14 10:49:00 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 95 | 70.191.176.151 | 2011-10-03 02:09:41 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 96 | 71.100.156.150 | 2011-10-22 07:07:35 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 97 | 71.180.187.215 | 2011-10-27 01:06:45 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 98 | 71.180.219.215 | 2011-10-05 22:58:09 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 99 | 71.180.83.136 | 2011-10-09 21:09:54 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 100 | 71.180.96.114 | 2011-10-12 23:05:57 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 101 | 71.196.44.164 | 2011-10-08 21:23:33 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 102 | 71.196.44.28 | 2011-10-11 08:03:07 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 103 | 71.196.62.111 | 2011-10-09 06:45:22 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 104 | 71.196.62.229 | 2011-10-05 14:28:10 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 105 | 71.196.66.33 | 2011-10-24 22:55:40 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 106 | 71.196.80.42 | 2011-10-25 23:15:20 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 107 | 71.199.228.76 | 2011-10-19 02:46:06 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 108 | 71.229.124.37 | 2011-10-23 00:22:40 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 109 | 71.41.111.121 | 2011-10-25 02:56:59 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 110 | 71.43.108.14 | 2011-10-29 07:45:43 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 111 | 71.57.135.181 | 2011-10-04 02:54:19 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 112 | 71.57.169.156 | 2011-10-18 21:56:20 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 113 | 72.184.113.9 | 2011-10-04 19:05:36 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 114 | 72.184.118.94 | 2011-10-02 03:07:25 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 115 | 72.184.140.216 | 2011-10-23 16:58:50 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 116 | 72.184.75.1 | 2011-10-09 02:04:03 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 117 | 72.184.9.6 | 2011-10-08 02:32:33 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 118 | 72.185.222.177 | 2011-10-03 21:35:43 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 119 | 72.185.243.249 | 2011-10-06 21:00:27 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 120 | 72.185.53.67 | 2011-10-23 15:06:54 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 121 | 72.185.75.120 | 2011-10-20 02:50:33 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 122 | 72.186.229.20 | 2011-10-04 13:52:52 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 123 | 72.186.23.139 | 2011-10-17 02:26:21 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 124 | 72.186.95.38 | 2011-10-18 22:52:32 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 125 | 72.187.229.75 | 2011-10-07 16:51:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 126 | 72.187.34.10 | 2011-10-25 19:56:56 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 127 | 72.188.174.34 | 2011-10-09 08:44:10 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 128 | 72.188.196.86 | 2011-10-09 17:19:51 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 129 | 72.188.204.87 | 2011-11-01 07:15:16 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 130 | 72.188.210.31 | 2011-10-09 20:16:39 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 131 | 72.189.110.28 | 2011-10-19 03:47:24 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 132 | 72.189.87.44 | 2011-10-21 01:50:32 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 133 | 72.216.12.117 | 2011-10-02 02:23:42 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 134 | 72.40.160.126 | 2011-10-05 14:29:51 -0400 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 135 | 72.91.164.222 | 2011-10-16 10:34:53 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe | IP | Timestamp | ISP | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 136 | 72.91.186.48 | 2011-10-18 01:35:26 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 137 | 72.91.197.214 | 2011-10-02 22:58:10 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 138 | 72.91.210.153 | 2011-10-07 20:56:21 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 139 | 72.91.75.217 | 2011-10-27 17:34:18 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 140 | 72.91.98.238 | 2011-10-02 05:39:30 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 141 | 75.202.249.199 | 2011-10-26 18:52:30 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 142 | 75.202.254.128 | 2011-10-10 23:59:48 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 143 | 75.204.151.150 | 2011-10-14 09:18:31 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 144 | 75.204.16.202 | 2011-10-12 23:09:55 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 145 | 75.204.55.158 | 2011-10-11 20:00:50 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 146 | 75.224.18.119 | 2011-10-22 15:08:19 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 147 | 75.224.51.198 | 2011-10-20 14:38:00 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 148 | 75.224.97.228 | 2011-10-09 22:14:51 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 149 | 75.225.203.159 | 2011-10-25 13:45:44 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 150 | 75.225.235.164 | 2011-10-31 17:06:29 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 151 | 75.251.156.184 | 2011-10-22 15:06:22 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 152 | 75.251.208.4 | 2011-10-03 22:40:45 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 153 | 75.253.162.164 | 2011-10-08 21:09:36 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 154 | 75.253.29.189 | 2011-11-01 09:06:22 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 155 | 75.74.11.149 | 2011-10-06 22:50:06 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 156 | 75.74.121.78 | 2011-10-29 05:14:23 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 157 | 76.101.33.158 | 2011-10-01 20:32:41 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 158 | 76.106.172.148 | 2011-10-28 01:47:27 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 159 | 76.106.186.91 | 2011-10-14 15:24:35 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 160 | 76.106.247.153 | 2011-10-12 18:40:58 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 161 | 76.108.10.164 | 2011-10-07 11:35:14 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 162 | 76.108.177.56 | 2011-10-10 21:03:58 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 163 | 76.108.219.241 | 2011-10-08 03:39:16 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 164 | 76.109.198.218 | 2011-10-25 19:20:42 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 165 | 76.109.199.0 | 2011-10-29 01:52:45 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 166 | 76.109.220.129 | 2011-10-19 20:29:55 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 167 | 76.109.221.45 | 2011-10-20 05:11:23 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 168 | 76.110.174.152 | 2011-10-19 21:44:21 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 169 | 76.110.235.149 | 2011-10-06 17:50:36 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 170 | 76.110.65.78 | 2011-10-09 08:48:00 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 171 | 76.26.170.17 | 2011-10-17 09:05:08 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 172 | 76.26.3.27 | 2011-10-03 15:07:18 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
|---|---|---|---|---|---|
| Doe 173 | 76.29.141.128 | 2011-10-29 01:46:54 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 174 | 96.228.147.60 | 2011-10-26 11:06:49 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 175 | 96.228.213.189 | 2011-10-22 23:59:48 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 176 | 96.254.104.16 | 2011-10-22 23:52:45 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 177 | 96.254.121.245 | 2011-10-23 17:42:02 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 178 | 96.254.186.175 | 2011-10-24 19:15:01 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 179 | 97.100.12.90 | 2011-10-02 20:03:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 180 | 97.100.166.37 | 2011-10-30 08:28:06 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 181 | 97.100.185.190 | 2011-10-05 06:03:03 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 182 | 97.100.92.118 | 2011-10-12 07:46:20 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 183 | 97.100.98.25 | 2011-10-27 16:35:08 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 184 | 97.101.108.36 | 2011-10-17 14:05:39 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 185 | 97.101.172.228 | 2011-10-31 02:03:25 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 186 | 97.101.191.245 | 2011-10-31 01:32:59 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 187 | 97.101.55.243 | 2011-10-31 22:32:42 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 188 | 97.102.239.75 | 2011-10-19 23:06:42 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 189 | 97.103.146.6 | 2011-10-17 01:03:26 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 190 | 97.104.170.193 | 2011-10-23 14:51:56 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 191 | 97.104.175.108 | 2011-10-25 20:58:17 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 192 | 97.104.194.179 | 2011-10-16 10:05:19 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 193 | 97.96.150.211 | 2011-10-15 09:48:25 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 194 | 97.96.90.184 | 2011-11-01 09:09:40 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 195 | 97.97.226.13 | 2011-10-19 20:17:13 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 196 | 97.97.233.88 | 2011-10-19 21:44:21 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 197 | 97.97.63.89 | 2011-10-27 04:42:26 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 198 | 98.162.158.108 | 2011-10-19 23:06:28 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 199 | 98.170.206.98 | 2011-10-18 12:03:45 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 200 | 98.208.209.116 | 2011-10-29 06:10:50 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 201 | 98.211.141.97 | 2011-10-25 23:46:26 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 202 | 98.219.90.225 | 2011-10-19 17:31:31 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 203 | 98.224.51.78 | 2011-10-09 21:10:11 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 204 | 98.231.16.17 | 2011-10-14 13:18:00 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 205 | 98.242.174.24 | 2011-10-12 15:20:09 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 206 | 98.249.165.97 | 2011-10-17 03:24:36 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 207 | 98.254.223.82 | 2011-10-27 00:45:05 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 208 | 98.254.8.140 | 2011-10-26 16:31:55 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |