**Exhibit A**

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Digital Sin, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 11-CV-583 |
| | ) | |
| DOES 1-208 | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Florida ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records, Comcast Cable (hereinafter "ISP"), Legal Response Center
650 Centerton Road, Moorestown, NJ 08057

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Documents sufficient to identify the names, addresses, telephone numbers, and email addresses of ISP's subscribers assigned the IP addresses identified on Attachment A on the corresponding dates at the corresponding times. You are to comply with this subpoena pursuant to the terms set forth in the Order attached hereto as Attachment B.

| Place: Transnational Law Group, LLC c/o BRS<br>125 Route 526<br>Allentown, NJ 08501-2016 | Date and Time:<br>December 29, 2011 at 9:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: November 29, 2011

CLERK OF COURT                                  OR        _____
_____                                    *Attorney's signature*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Digital Sin, Inc. _____, who issues or requests this subpoena, are:
Terik Hashmi, Transnational Law Group, LLC, 429 Lenox Avenue, Suite 5C13, Miami Beach, FL 33139, Email: terik.hashmi.esq@transnationallawgroup.com, Telephone: 888-731-8955