UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIGITAL SIN INC.,
21345 LASSEN STREET
CHATSWORTH, CA 91311,

    VS                                      CASE NO.  4:11cv583-RH/WCS

DOES 1-208

**NOTICE REGARDING ELECTRONIC FILING REQUIREMENT**

**To:**

    STEPHEN P. SMITH, ESQ
      4323 GROSVENOR COURT
      WEST PALM BEACH, FL 34984

    The above-styled case has been filed in the Northern District of Florida and you are listed as counsel or co-counsel of record for **RICARDO A. REYES**.  Our records indicate, however, that you are not registered to file electronically in this District.

    In order for you to file pleadings and appear as counsel of record in this action, the Court requires you to register for electronic filing and file pleadings electronically.  Please refer to our website:  www.flnd.uscourts.gov to register.  The CM/ECF registration form is available under "Attorney Resources>Attorney Admission>CM/ECF Registration" or "CM/ECF>Login>Register for CM/ECF Login."  Please govern yourselves accordingly.


1/31/2012                                            JESSICA LYUBLANOVITS, CLERK OF
DATE:                                                  COURT

                                                            s/David L. Thomas